**YOUNG v. PRANCING HORSE, INC.**

[360 N.C. 168 (2005)]

ANNA YOUNG v. PRANCING HORSE, INC. AND RONNI MELTZER

No. 329PA05

(Filed 16 December 2005)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 170 N.C. App. 699, 614 S.E.2d 607 (2005), affirming an order granting summary judgment in defendants' favor entered by Judge James M. Webb in Superior Court, Moore County. Heard in the Supreme Court 14 December 2005.

*Webb & Graves, PLLC, by Jerry D. Rhoades, Jr., for plaintiff-appellant.*

*Beaver, Holt, Richardson, Sternlicht, Burge & Glazier, P.A., by F. Thomas Holt, III, for defendant-appellee Prancing Horse, Inc.*

*Brown, Crump, Vanore & Tierney, L.L.P., by Derek M. Crump, for defendant-appellee Ronni Meltzer.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.